No. 296. PANHANDLE EASTERN PIPE LINE CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. January 3, 1945. The motion for leave to file petition for rehearing is granted. The petition for rehearing is granted and the order entered November 13, *ante,* p. 700, is vacated. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted limited to questions 2 and 3 presented by the petition for the writ. *Messrs. Ira Lloyd Letts, John S. L. Yost, D. H. Culton,* and *Samuel H. Riggs* for petitioners.

No. 514. ROBINSON *v.* UNITED STATES. January 15, 1945. The petition for rehearing is granted and the order entered December 18 denying certiorari, *ante,* p. 789, is vacated. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted limited to the question presented under Point No. 1 of the petition for rehearing and under Question 5 (d) of the petition for certiorari.

No. 1064, October Term, 1942. PREBYL *v.* PRUDENTIAL INSURANCE CO. ET AL. October 9, 1944. The motion for leave to file a third petition for rehearing is denied. MR. JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. 322 U. S. 769.